[No. 48046-8-II.   Division Two.   November 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM RONDAL STEWART III, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-00756-6, Daniel L. Stahnke, J., entered September 11, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 48229-1-II.   Division Two.   November 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMEZ EDWARD BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-1-00292-2, Erik D. Price, J., entered October 8, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 48387-4-II.   Division Two.   November 1, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. EDWARD LAWRENCE BABINE, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-00935-2, Melissa A. Hemstreet, J., entered October 30, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 33682-4-III.   Division Three.   November 1, 2016.]

THE CITY OF CLARKSTON, *Respondent*, v. VALLE DEL RIO, LLC, ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Asotin County, No. 15-2-00148-1, Scott D. Gallina, J., entered August 5, 2015. *Dismissed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.